**Order filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00901-CV

_____

### RONALD DARNELL CEPHUS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1003667**

## ORDER

Appellant is not represented by counsel. Appellant filed a *pro se* letter brief on December 11, 2012. The court has determined that appellant has not properly presented this cause in his brief on file. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. In particular, appellant has failed to provide a clear and concise argument for each contention made with appropriate citations to the record and to authority.  Tex. R. App. P. 38.1(g), (i).

Litigants who appear *pro se* must comply with the applicable procedural rules and are held to the same standards that apply to licensed attorneys. *See Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 185 (Tex. 1978); *Steffan v. Steffan*, 29 S.W.3d 627, 631 (Tex. App.—Houston [14th Dist.] 2000, pet. denied). Accordingly, pursuant to Rule 38.9(b), the court **STRIKES** appellant's letter brief and orders appellant to file an amended brief complying with the rules of appellate procedure on or before **February 11, 2013**. *See* Tex. R. App. P. 38.9(b). If appellant fails to file an amended brief as ordered, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM

2